**Order filed, October 05, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00689-CR
_____

### JOSE PABLO HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 73970**

---

## ORDER

The reporter's record in this case was due **September 18, 2015**. *See* Tex. R. App. P. 35.1. On **September 18, 2015, Karen Young** filed a motion for extension of time to file the record which was granted until **October 01, 2015**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Karen Young**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM